# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:10cv165

| | |
|---|---|
| In re: MICHAEL D. BAXLEY,<br><br>        Debtor.<br>_____<br><br>MICHAEL D. BAXLEY,<br><br>        Appellant,<br><br>        vs.<br><br>NORTH MOUNTAIN ENTERPRISES,<br>LLC,<br><br>        Appellee.<br>_____ | Bankruptcy Case<br>No. 10-10396<br><br><br><br><br><br><br><br><br>__O R D E R__ |

**THIS MATTER** is before the Court on the Debtor's appeal of the Order granting North Mountain Enterprises, LLC's Motion to Compel Assumption and Assignment of Lease Affecting Plan [Bankr. Case No. 10-10396, Doc. 44] entered by the Bankruptcy Court on August 6, 2010.

On January 5, 2011, the Bankruptcy Court entered an Order dismissing the underlying Chapter 13 proceeding on the grounds that the debtor failed to make a required payment to the Chapter 13 Trustee as

previously ordered. [Id., Doc. 68]. No appeal has been taken from that Order. As such, the Appellant's appeal is now moot.

Accordingly, **IT IS, THEREFORE, ORDERED** that this appeal is hereby **DISMISSED**.

**IT IS SO ORDERED**.

Signed: March 29, 2011

Martin Reidinger
United States District Judge